IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MARTIN PLAZA, as Administrator of the Estate of CLARA GARCIA PLAZA, deceased, and as surviving spouse of CLARA GARCIA PLAZA, : : : : : | |
| Plaintiff, : | CIVIL ACTION FILE |
| vs. : : | NO. 7:02-cv-20 |
| MAHENDRAKUMAR GOVINDBHAI AMIN, M.D., HOSPITAL AUTHORITY OF IRWIN COUNTY, d/b/a IRWIN COUNTY HOSPITAL, and MGA HEALTH MANAGEMENT, INC., : : : : : : | |
| Defendants. : | |

## COMPLAINT FOR PERSONAL INJURY AND WRONGFUL DEATH

COMES NOW the Plaintiff in the above-styled action and shows the Court the following:

-1-

Plaintiff is a citizen of a foreign state.

-2-

Defendant, MAHENDRAKUMAR GOVINDBHAI AMIN, M.D., is a resident of Coffee County, Georgia, and is subject to the jurisdiction of this Court.

-3-

Defendant, HOSPITAL AUTHORITY OF IRWIN COUNTY, d/b/a IRWIN COUNTY HOSPITAL, is a Georgia hospital authority with its principal place of business located in Irwin County, Georgia, and is subject to the jurisdiction of this Court.


-4-

MGA HEALTH MANAGEMENT, INC. is a Georgia corporation with its registered office located in Coffee County, Georgia, and is subject to the jurisdiction of this Court.

-5-

This Court has subject matter jurisdiction of this proceeding pursuant to 28 U.S.C. §1332 in that it is a civil action between a resident of a foreign state and residents of the State of Georgia and the amount in controversy exceeds Seventy-Five Thousand and no/100 ($75,000.00) Dollars.

-6-

Venue is proper in the Valdosta Division of the Middle District of Georgia in that a substantial part of the events or omissions giving rise to the claim occurred within the Middle District of Georgia and Defendant HOSPITAL AUTHORITY OF IRWIN COUNTY, d/b/a IRWIN COUNTY HOSPITAL, resides within the Middle District of Georgia.

-7-

Defendant MAHENDRAKUMAR GOVINDBHAI AMIN, M.D. is a physician who was and is licensed to practice medicine under the laws of the State of Georgia.

-8-

At all times relevant hereto, Defendant MAHENDRAKUMAR GOVINDBHAI AMIN, M.D. held himself out to the general public as a physician skilled in the care and treatment of medical patients, including but not limited to those patients who are pregnant.

-9-

On or about July 3, 2000, CLARA PLAZA, a 21 year old pregnant female with an expected delivery date of August 24, 2000, presented to the office of Defendant

MAHENDRAKUMAR GOVINDBHAI AMIN, M.D., complaining of abdominal pain and early labor.

-10-

On or about July 3, 2000, Defendant MAHENDRAKUMAR GOVINDBHAI AMIN, M.D., admitted CLARA PLAZA to Irwin County Hospital from his office.

-11-

On July 6, 2000, Defendant MAHENDRAKUMAR GOVINDBHAI AMIN, M.D. gave verbal orders to the nursing staff at Irwin County Hospital to discharge CLARA PLAZA despite life threatening abnormal lab values.

-12-

Over the next 48 hours following her discharge on July 6, 2000, CLARA PLAZA gained over 25 pounds and her conditioned worsened.

-13-

On July 8, 2000, CLARA PLAZA presented to Coffee Regional Hospital whereupon she was admitted with complaints of blurred vision, seeing spots before her eyes, and having uterine contractions every two to three minutes.

-14-

At a point in time close to her admission to Coffee Regional Hospital, CLARA PLAZA'S blood pressure was elevated to 132/95, vaginal bleeding was present, pitting edema was noted and the fetal heart rate was significantly deteriorated.

-15-

Following the admission to Coffee Regional Hospital, CLARA PLAZA received an emergency cesarean section and died shortly thereafter.

## COUNT I

-16-

Plaintiff incorporates herein Paragraphs 1 through 15 of this Complaint as if the same were set forth fully herein.

-17-

Defendant MAHENDRAKUMAR GOVINDBHAI AMIN, M.D. violated the standard of care in and about his treatment relating to CLARA PLAZA by prematurely discharging CLARA PLAZA from Irwin County Hospital without recognizing and acting upon her life threatening abnormal lab values as more specifically shown in the affidavit of Perry B. Wells, M.D., attached hereto as Tab 1.

-18-

At all times relevant hereto, nursing employees and laboratory employees were acting in the course of and within the scope of their employment by Defendants HOSPITAL AUTHORITY OF IRWIN COUNTY, d/b/a IRWIN COUNTY HOSPITAL, and/or MGA HEALTH MANAGEMENT, INC.

-19-

Nurse employees of said Defendants violated the standard of care by failing to notify a physician of the bilateral pitting edema during CLARA PLAZA'S hospitalization, failing to recognize and report to a physician CLARA PLAZA'S critical platelet level, failing to implement the nursing process as provided by the Georgia Nurse Practice Act by recording CLARA PLAZA'S assessment, establishing a nursing diagnosis, establishing nursing goals to meet identified health care needs, planning, implementing and evaluating nursing care, failing to act upon the potential alterations relative to bleeding tendencies based upon CLARA PLAZA'S

critically low platelets, failing to notify a physician and advocate for the patient in the manner of typing and sending blood specimens for the typing and cross matching for the administration of blood products for infusion and failing to implement diagnostic studies medically ordered by the physician in the form of liver enzymes which were ordered on July 3, 2000 as shown in the affidavit of Audrey Stephan, Ed.D., RN, CCRN attached hereto as Tab 2.

-20-

Laboratory employees of Defendants HOSPITAL AUTHORITY OF IRWIN COUNTY, d/b/a IRWIN COUNTY HOSPITAL, and/or MGA HEALTH MANAGEMENT, INC. violated the standard of care for laboratory employees in failing to timely report critical lab values to CLARA PLAZA'S treating physician as shown in the affidavit of John J. Shane, M.D. attached hereto as Tab 3.

-21-

As a result of the joint and several negligence of Defendants, CLARA PLAZA suffered great mental and physical pain.

-22-

As a result of the joint and several negligence of Defendants, CLARA PLAZA was damaged in an amount in excess of $75,000.00.

WHEREFORE, MARTIN PLAZA, as Administrator of the Estate of CLARA GARCIA PLAZA, deceased, and as surviving spouse of CLARA GARCIA PLAZA, demands trial by jury and judgment against Defendants, jointly and severally, in an amount in excess of $75,000.00.

## COUNT II

-23-

Plaintiff incorporates herein Paragraphs 1 through 22 of this Complaint as if the same were set forth fully herein.

-24-

As a result of the joint and several negligence of Defendants, CLARA PLAZA died on July 8, 2000.

-25-

As surviving spouse of CLARA PLAZA, Plaintiff, MARTIN PLAZA, is entitled to recover the full value of the life of CLARA PLAZA.

WHEREFORE, Plaintiff MARTIN PLAZA demands trial by jury and judgment against Defendants jointly and severally, in an amount in excess of $75,000.00 for the full value of the life of CLARA PLAZA.

Prepared by:

CANNON & MEYER von BREMEN, LLP

By: _____
WILLIAM E. CANNON, JR.
State Bar No. 108050
Attorneys for Plaintiff
Post Office Box 70909
Albany, GA 31708-0909
(229) 435-1470

_____
TERRENCE J. PAULK
State Bar No. 567975
Attorneys for Plaintiff
P. O. Box 1315
Fitzgerald, GA 31750-1315
(229) 423-8784
[Signed by William E. Cannon, Jr.
  with express permission]

F1406-000.A03                Page 6 of 6