UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION



MARTIN PLAZA, as Administrator of )
the Estate of CLARA GARCIA )
PLAZA, deceased, and as Surviving )
Spouse of CLARA GARCIA PLAZA, )
)
    Plaintiffs, )
)
v. ) Civil Action No. 7:02-CV-20
)
MAHENDRAKUMAR GOVINDBHAI )
AMIN, M.D., HOSPITAL AUTHORITY )
OF IRWIN COUNTY d/b/a IRWIN )
COUNTY HOSPITAL and MGA )
HEALTH MANAGEMENT, INC. )
)
    Defendants. )

## ANSWER OF MAHENDRAKUMAR GOVINDBHAI AMIN, M.D.

### FIRST DEFENSE

Plaintiffs' complaint fails to state a claim this defendant upon which relief may be granted and should be dismissed.

### SECOND DEFENSE

At all times material hereto Dr. Mahendrakumar Govindbhai Amin, M.D. exercised the degree of care and skill that is generally employed by obstetricians under similar circumstances and surrounding conditions.

### THIRD DEFENSE

COMES NOW Mahendrakumar Govindbhai Amin, M.D., one of the defendants herein, and answer the numbered paragraphs of plaintiffs' complaint, as follows:

1.

For lack of sufficient information or knowledge upon which to form a belief as to the truth thereof, this defendant can neither admit nor deny the allegations of Paragraph 1.

2.

Defendant admits the allegations of Paragraph 2.

3.

Defendant admits the allegations of Paragraph 3.

4.

Defendant admits the allegations of Paragraph 4.

5.

Defendant denies the allegations of Paragraph 5.

6.

Answering Paragraph 6, defendant denies any negligence on his part. Defendant denies the remaining allegations of Paragraph 6.

7.

Defendant admits the allegations of Paragraph 7.

8.

Defendant admits the allegations of Paragraph 8.

9.

Defendant admits the allegations of Paragraph 9.

10.

Defendant admits the allegations of Paragraph 10.

11.

Answering Paragraph 11, defendant denies being informed of any life threatening abnormal lab values. Defendant admits the remaining allegations of Paragraph 11.

12.

For lack of sufficient information or knowledge upon which to form a belief as to the truth thereof, this defendant can neither admit nor deny the allegations of Paragraph 12.

13.

For lack of sufficient information or knowledge upon which to form a belief as to the truth thereof, this defendant can neither admit nor deny the allegations of Paragraph 13.

14.

For lack of sufficient information or knowledge upon which to form a belief as to the truth thereof, this defendant can neither admit nor deny the allegations of Paragraph 14.

15.

For lack of sufficient information or knowledge upon which to form a belief as to the truth thereof, this defendant can neither admit nor deny the allegations of Paragraph 16.

## COUNT 1

16.

Defendant adopts and incorporates herein his answers to Paragraphs 1 through

15 of the complaint as if specifically set forth herein.

17.

Defendant denies the allegations of Paragraph 17.

18.

For lack of sufficient information or knowledge upon which to form a belief as to the truth thereof, this defendant can neither admit nor deny the allegations of Paragraph 18.

19.

For lack of sufficient information or knowledge upon which to form a belief as to the truth thereof, this defendant can neither admit nor deny the allegations of Paragraph 19.

20.

For lack of sufficient information or knowledge upon which to form a belief as to the truth thereof, this defendant can neither admit nor deny the allegations of Paragraph 20.

21.

Defendant denies the allegations of Paragraph 21.

22.

Defendant denies the allegations of Paragraph 22.

23.

Any allegations or paragraphs not hereinabove specifically admitted are hereby denied.

24.

Defendant denies any negligence on his part and denies that plaintiffs are entitled to recover any sums whatsoever from him.

WHEREFORE, having fully answered plaintiffs' complaint, defendant seeks judgment in his favor without cost.

This 2 day of May, 2002.

OLIVER MANER & GRAY LLP

_____
WILLIAM P. FRANKLIN, JR.
State Bar No. 274000
Attorney for Mahendrakumar Govindbhai Amin, M.D.

P.O. Box 10186
Savannah, Georgia 31412
(912) 236-3311

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served all counsel of record in the foregoing matter with a copy of this document.

\_\_\_\_ by hand deliver; or

\_\_X\_\_ by placing a copy of the same in the United States Mail with adequate postage therein.

C. Richard Langley
P.O. Box 607
Albany, Georgia 31702-0607

This \_2\_ day of May, 2002.

OLIVER MANER & GRAY LLP

_____
WILLIAM P. FRANKLIN, JR.
State Bar No. 274000
Attorney for Mahendrakumar Govindbhai Amin, M.D.

P.O. Box 10186
Savannah, Georgia 31412
(912) 236-3311