IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MARTIN PLAZA, as Administrator of the Estate of CLARA GARCIA PLAZA, deceased, and as surviving spouse of CLARA GARCIA PLAZA, <br><br> Plaintiff, <br><br> vs. <br><br> MAHENDRAKUMAR GOVINDBHAI AMIN, M.D., HOSPITAL AUTHORITY OF IRWIN COUNTY d/b/a IRWIN COUNTY HOSPITAL and MGA HEALTH MANAGEMENT, INC., <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : CIVIL ACTION FILE <br> : NO. 7:02-CV-20 <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

A Consent Motion to Dismiss, having been filed and it appearing to the Court that the case has been settled between the Plaintiff and the Hospital Authority of Irwin County, d/b/a Irwin County Hospital and MGA Health Management, Inc., but that no settlement has been reached with Mahendrakumar Govindbhaiamin, Amin, M.D.,

IT IS HEREBY ORDERED that this action is dismissed with prejudice with regard to the Hospital Authority of Irwin County, d/b/a Irwin County Hospital and MGA Health Management, Inc. only. This dismissal shall not affect the case of Plaintiff against Mahendrakumar Govindbhaiamin, Amin, M.D.

This the 22nd day of July, 2003.

_C. Ashley Royal_
C. Ashley Royal, Judge
United States District Court

ENTERED ON DOCKET
7-22, 2003
Gregory J. Leonard, Clerk
_SDoCesau_
Deputy Clerk