# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **MARTIN PLAZA,** | : |
| **Plaintiff** | : |
| vs. | : CASE NO. 7:02-CV-20(HL) |
| **MAHENDRAKUMAR GOVINDBHAI AMIN, M.D., et al,** | : |
| **Defendants** | : |

## ORDER

The court has been advised by counsel for the parties that the above action has been settled.

**IT IS, THEREFORE, ORDERED** that the action be dismissed without costs other than those due this court and without prejudice to the right, upon good cause shown within ninety (90) days, to reopen the action if settlement is not consummated. If the action is not reopened, it shall stand dismissed, with prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court serve copies of this order by United States mail upon the attorneys of record for the parties appearing in this case.

SO ORDERED, this the 12th day of May, 2004.

*[signature]*

HUGH LAWSON, Judge
United States District Court

*[ENTERED ON DOCKET stamp: 5/14, 2004, Gregory J. Leonard, Clerk, Deputy Clerk]*